# DeBOTTIS & SCHAAL

Attorneys at Law
312 Broad Street, Oneida, NY 13421

Michel J. DeBottis
Randy J. Schaal

DIRECT PHONE (315) 363-6888
FAX              (315) 363-6801

August 29, 2011

United States Bankruptcy Court Clerk
10 Broad Street
Room 230
Utica, NY 13502

**FILED**

AUG 3 0 2011

OFFICE OF THE BANKRUPTCY CLERK
UTICA, NY

Re: Paul E. & Marta E. Doxstader
    Bankruptcy Case No. 10-62731

Dear Sirs:

Enclosed please Check No. 107 made payable to the United States Bankruptcy Court Clerk f/b/o Scenic Concepts in the amount of $3.88.

The original creditor's address is Scenic Concepts, dba M & M Photo Inc., c/o Credit Bureau Data, Inc., PO Box 2288, LaCrosse, WI 54602-2288.

Sincerely,

*Randy J. Schaal*
Randy J. Schaal
Bankruptcy Trustee

RJS/kg
Enc.

*[Handwritten annotations: Rec'd 8/30/11; Receipt # 61100394]*

**RECEIVED**

AUG 3 0 2011

OFFICE OF THE BANKRUPTCY CLERK
UTICA, NY